JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JUAN HERAZ, | Case No. EDCV 10-2006-VAP (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| LELAND McEWEN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 15, 2013

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE