1
2
3
4
5
6
7
8
9
10

O

11        UNITED STATES DISTRICT COURT
12        CENTRAL DISTRICT OF CALIFORNIA
13

14   JOSE JUAN HERAZ,                    ) Case No.  EDCV 10-2006-VAP (DTB)
                                         )
15                    Petitioner,        )
              vs.                        ) ORDER ACCEPTING FINDINGS,
16                                       ) CONCLUSIONS AND
     LELAND McEWEN, Warden,              ) RECOMMENDATIONS OF UNITED
17                                       ) STATES MAGISTRATE JUDGE
                      Respondent.        )
18                                       )
                                         )
19   ─────────────────────────          )

20        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records

21   and files herein, and the Report and Recommendation of the United States Magistrate

22   Judge.  Objections to the Report and Recommendation have been filed herein.  Having

23   made a de novo determination of those portions of the Report and Recommendation

24   to which objections have been made, the Court concurs with and accepts the findings,

25   conclusions and recommendations of the Magistrate Judge.

26   / / /

27   / / /

28   / / /

1

1    IT THEREFORE IS ORDERED that Judgment be entered denying the Petition

2   and dismissing this action with prejudice.

3

4   DATED: July 15, 2013 _____

5                                               _____
                                                VIRGINIA A. PHILLIPS
6                                               UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28